UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

In re:	)	Bankr. No. 18-40248
	)	Chapter 7
	)
QUENTIN MATTHEW BROWN,	)	DEBTOR QUENTIN MATTHEW BROWN'S
SSN/ITIN xxx-xx-3690	)	STATEMENT REGARDING
	)	PAYMENT ADVICES
	)
	Debtor.	)

In accordance with 11 U.S.C. §521(a)(1)(B)(iv), I, Debtor Quentin Matthew Brown, state:

[X]   I have attached all the payment advices (also known as wage or earning statements) or other evidence of payments that I have received from all employers during the 60 days before I filed my bankruptcy petition. Any personal identification information, such as my Social Security number or bank account number, has been redacted from the payment advices.

OR

[ ]   I have not received any payments from any employer during the 60 days before I filed my bankruptcy petition.

I declare under penalty of perjury that I have read this statement and it is true and correct to the best of my knowledge, information and belief.

Dated:

5/16/18

/s/   QUENTIN MATTHEW BROWN
Quentin Matthew Brown