## Earnings Summary

Check# 1000030235

**Company**
1007 Scott Shawd Food Company LLC
220 South Cliff Ave
Harrisburg, SD 57032

From: 02/21/2018
To: 03/06/2018
Check Date: 03/09/2018

**Pay To**
Quentin Brown
301 S Harrison St
Lennox, SD 57039

ID #: 44
Location: Default Location
Department: Harrisburg
Division: Default Division
Job Title:
Class:

**Tax Setup**
Federal Income Tax — Status: Single — Ex: 0 — Extra W/H: $0.00

| Pay | Rate | Quantity | Current | YTD |
|---|---|---|---|---|
| Hourly | 10 | 29.72 | $297.20 | $1,273.00 |
| Totals: | | 29.72 | $297.20 | $1,273.00 |

| Benefits | Current | YTD |
|---|---|---|
| Totals: | $0.00 | $0.00 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Income Tax | $15.49 | $72.96 |
| FICA Medicare | $4.31 | $18.05 |
| FICA Social Security | $18.43 | $77.19 |
| Totals: | $38.23 | $168.20 |

Time-Off Accrual — Used — Available

| Deductions | Current | YTD |
|---|---|---|
| Aflac PT | $0.00 | $28.08 |
| Totals: | $0.00 | $28.08 |

Notes

| | Current | YTD |
|---|---|---|
| Hours | 29.72 | 127.3 |
| Net Pay | $258.97 | $1,076.72 |

**Direct Deposit (s) Made to**

| Bank | Routing # | Account | Amount |
|---|---|---|---|
| 291479356 DAKOTALAND FEDERAL C | 291479356 | ending in..9093 | $258.97 |

CyberPay™ © 2018 AdaptaSoft

## Earnings Summary

Check# 1000031075

**Company**
1007 Scott Shawd Food Company LLC
220 South Cliff Ave
Harrisburg, SD 57032

From: 03/07/2018
To: 03/20/2018
Check Date: 03/23/2018

**Pay To**
Quentin Brown
301 S Harrison St
Lennox, SD 57039

| ID # | Location | Department | Division | Job Title | Class |
|---|---|---|---|---|---|
| 44 | Default Location | Harrisburg | Default Division | | |

| Tax Setup | Status | Ex | Extra W/H |
|---|---|---|---|
| Federal Income Tax | Single | 0 | $0.00 |

| Pay | Rate | Quantity | Current | YTD |
|---|---|---|---|---|
| Hourly | 10 | 40.8 | $408.00 | $1,681.00 |
| Totals: | | 40.8 | $408.00 | $1,681.00 |

| Benefits | Current | YTD |
|---|---|---|
| Totals: | $0.00 | $0.00 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Income Tax | $26.57 | $99.53 |
| FICA Medicare | $5.92 | $23.97 |
| FICA Social Security | $25.29 | $102.48 |
| Totals: | $57.78 | $225.98 |

Time-Off Accrual | Used | Available

| Deductions | Current | YTD |
|---|---|---|
| Aflac PT | $0.00 | $28.08 |
| Totals: | $0.00 | $28.08 |

Notes

| | Current | YTD |
|---|---|---|
| Hours | 40.8 | 168.1 |
| Net Pay | $350.22 | $1,426.94 |

**Direct Deposit (s) Made to**

| Bank | Routing # | Account | Amount |
|---|---|---|---|
| 291479356 DAKOTALAND FEDERAL C | 291479356 | ending in..9093 | $350.22 |

CyberPay™ © 2018 AdaptaSoft

  ayonline.com

| Earnings Summary | | | | | | | Check# 1000031808 | |
|---|---|---|---|---|---|---|---|---|
| **Company** | | | | | | From | 03/21/2018 | |
| 1007  Scott Shawd Food Company LLC | | | | | | To | 04/03/2018 | |
| 220 South Cliff Ave | | | | | | Check Date | 04/06/2018 | |
| Harrisburg, SD 57032 | | | | | | | | |

| Pay To | | | ID # | Location | Department | Division | Job Title | Class |
|---|---|---|---|---|---|---|---|---|
| Quentin Brown | | | 44 | Default Location | Harrisburg | Default Division | | |
| 301 S Harrison St | | | | **Tax Setup** | | Status | Ex | Extra W/H |
| Lennox, SD 57039 | | | | Federal Income Tax | | Single | 0 | $0.00 |

| Pay | Rate | Quantity | Current | YTD | Benefits | Current | YTD |
|---|---|---|---|---|---|---|---|
| Hourly | 10 | 30.54 | $305.40 | $1,986.40 | | | |
| | | | | | Totals: | $0.00 | $0.00 |
| Totals: | | 30.54 | $305.40 | $1,986.40 | | | |

| Taxes | Current | YTD | Time-Off Accrual | Used | Available |
|---|---|---|---|---|---|
| Federal Income Tax | $11.97 | $111.50 | | | |
| FICA Medicare | $3.80 | $27.77 | | | |
| FICA Social Security | $16.24 | $118.72 | | | |
| Totals: | $32.01 | $257.99 | | | |

| Deductions | Current | YTD | Notes |
|---|---|---|---|
| Aflac PT | $43.44 | $71.52 | |
| Totals: | $43.44 | $71.52 | |

| Hours | 30.54 | 198.64 |
|---|---|---|
| Net Pay | $229.95 | $1,656.89 |

| Direct Deposit (s) Made to | | | |
|---|---|---|---|
| Bank | Routing # | Account | Amount |
| 291479356 DAKOTALAND FEDERAL C | 291479356 | ending in..9093 | $229.95 |

CyberPay™ © 2018 AdaptaSoft

*Suburty*

*LAst Paystbs*