```
000176
CO.    FILE   DEPT.   CLOCK  NUMBER   069
GPI    5XXXX  04XXX2  0XXXXXX6
```

**Earnings Statement**

GODFATHER'S PIZZA, INC.
2808 N 108TH ST
OMAHA, NEBRASKA 68164
(402) 391-1452

Period Ending:  04/15/2018
Pay Date:       04/23/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  SD:       No State Income Tax

QUENTIN M BROWN
301 S HARRISON ST
LENNOX SD 57039

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 12.40 | 117.80 | |
| Gross Pay | | | $117.80 | 117.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -7.30 | 7.30 |
| | Medicare Tax | -1.71 | 1.71 |
| Net Pay | | $108.79 | |
| Net Check | | $108.79 | |

**Deposits**
Account No.          xxxx9093
Transit/ABA          xxxx xxxx
Pending

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

Your federal taxable wages this period are $117.80

000028
CO.　FILE　DEPT.　NUMBER　(local)
GPI　579357　042002　0065071310　1

**Earnings Statement** 

*GODFATHER'S PIZZA, INC.*
*2808 N 108TH ST*
*OMAHA, NEBRASKA 68164*
*(402) 391-1452*

Period Ending:　04/29/2018
Pay Date:　05/07/2018

Taxable Marital Status:　Single
Exemptions/Allowances:
　Federal:　　0
　SD:　　No State Income Tax

QUENTIN M BROWN
301 S HARRISON ST
LENNOX SD 57039

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.5000 | 37.10 | 352.46 | |
| Gross Pay | | | $352.46 | 470.26 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -21.02 | 21.02 |
| | Social Security Tax | -21.86 | 29.16 |
| | Medicare Tax | -5.11 | 6.82 |
| | Net Pay | $304.47 | |
| | Net Check | $304.47 | |

Your federal taxable wages this period are $352.46